# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR -17-67-BLG-TJC |
| Plaintiff, | |
| vs. | **ORDER RESETTING TIME OF SENTENCING HEARING** |
| DALE DUWAYNE BUERKLE, | |
| Defendant. | |

IT IS HEREBY ORDERED that the time of the Sentencing Hearing scheduled for November 16, 2017 at 9:00 a.m. shall be reset for **11:00 a.m.**

DATED this 14th day of November, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge